IN THE

TENTH COURT OF
APPEALS




 
 
 
 
 
 
 


 



No. 10-01-00057-CV

 

Olmos Abatement, Inc.,

                                                                      Appellant

 v.

 

Environmental Concerns, Inc.,

                                                                      Appellee

 

 

 



From the 74th District Court

McLennan County, Texas

Trial Court # 97-2959-3

 



MEMORANDUM 
Opinion



 








Appellant
has filed a motion to dismiss this appeal under Rule of Appellate Procedure
42.1(a)(1).  See
Tex. R. App. P. 42.1(a)(1).  Appellee has
joined the motion.  Accordingly, the
appeal is dismissed.

PER CURIAM

Before Chief Justice Gray,

Justice Vance, and

Justice Reyna

Appeal dismissed

Opinion delivered and filed September
 8, 2004

[CV06]






pan style="font-size: 12pt">Reversed and remanded
Opinion delivered and filed May 5, 2004
[CV06]